FILED
1997 MAR -5 AM 9:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SPENCER T. C. HATCHER, a.k.a. ]
ISMAIL HAKIM MALIK SHABAZZ, ]
]
    Plaintiff, ]
]
vs. ]   CIVIL ACTION NO. 94-N-3012-NE
]
SHERIFF JOE W. PATTERSON, ]
CHIEF DEPUTY CHARLIE NORMENT,]
LT. P. D. GUTHRIE, SGT. DARYL ]
PATTON, SGT. CURTIS SANDERS, ]
OFFICER ROGER HUNT, OFFICER ]
KENNETH HOOPER, OFFICER ]
TERRENCE PETTY, OFFICER BATTLE, ]
OFFICER MIKE JONES, NURSE ]
ANGELINE QUICK, NURSE ANN ]
KING, SGT. ED PIERCE, OFFICER ]
JOANN DUNN, OFFICER KENNY ]
RENEW, OFFICER JOHNSON, and ]
HUNTSVILLE CITY JAIL OFFICIALS, ]
]
    Defendants. ]

ENTERED
MAR 5 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is

53

due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this 4th day of February, 1997.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE